# IN THE UNITED STATES DISTRICT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:13cr00520-001 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOEL B. FRIEDMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The Report and Recommendation of Magistrate Judge Kenneth S. McHargh was filed in this case on December 31, 2013 [Doc. 31] recommending that the above named defendant's plea of guilty be accepted and a finding of guilty be entered by this Court.

The Court hereby adopts the Report and Recommendation of the Magistrate Judge and accepts the defendant's plea of guilty and enters a finding of guilty.

**IT IS SO ORDERED.**


Dated: July 29, 2014                    *s/        James S. Gwin*
                                        JAMES S. GWIN
                                        UNITED STATES DISTRICT JUDGE